[No. 10,324.]

## THE PEOPLE v. J. D. METHVIN.

IMPEACHING WITNESS.—For the purpose of impeaching the veracity of a witness, it is not competent to base belief on personal knowledge as distinguished from general reputation.

APPEAL from the County Court of Colusa County.

The defendant was tried for the crime of robbery. At the trial the Court permitted the District Attorney, for the purpose of impeaching the veracity of a witness who had testified in behalf of the defendant, to ask the question as stated in the opinion of the Court. The defendant was convicted, and appealed.

*A. L. & T. J. Hart*, for the Appellant.

*Attorney-General Hamilton*, for the People.

By the COURT:

The Court below erred in permitting the question, (against the objection of defendant's counsel) "From what you know

of his reputation, and *what you know of him*," [the witness sought to be impeached] "would you believe him under oath in a matter in which he is interested?"

Assuming that the question was in other respects proper, it is clear that, in so far as it authorized the witness under examination to base belief on his personal knowledge—as distinguished from general reputation—the question was improper.

Judgment and order reversed, and cause remanded for a new trial.